■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE ALSTON, Appellant. [926 NYS2d 901]

"A departure from the presumptive risk level is warranted where 'there exists an aggravating or mitigating factor of a kind, or to a degree, that is otherwise not adequately taken into account by the guidelines' " (*People v Bussie*, 83 AD3d 920, 920-921 [2011], *lv denied* 17 NY3d 704 [2011], quoting Sex Offender Registration Act: Risk Assessment Guidelines and Commentary, at 4 [2006]; *see People v Cruz*, 74 AD3d 1305, 1306 [2010]). Here, the Supreme Court properly determined that the defendant was not entitled to a downward departure and, thus, properly designated the defendant a level three sex offender (*see People v Sivells*, 83 AD3d 1027 [2011]; *People v Bussie*, 83 AD3d 920 [2011]).

The defendant's remaining contentions are improperly raised for the first time on appeal. Rivera, J.P., Florio, Austin and Cohen, JJ., concur.